AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

JOSEPH D. DUFURRENA,

    Plaintiff,

V.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00315-BES-RAM**

____   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____   **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's #13 Motion to Set Aside Default and Motion to Dismiss Complaint is GRANTED.  This action is DISMISSED without prejudice.

March 6, 2008

**LANCE S. WILSON**
Clerk

/s/ Kalani Lizares
Deputy Clerk